**Order entered July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00235-CR
No. 05-16-00236-CR

**STEVE WAYNE FRAZIER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-22406-N, F13-70198-N**

## ORDER

The Court **GRANTS** court reporter Sandra A. Hughes's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Hughes to file the reporter's record within **FIFTEEN DAYS** from the date of this order.

/s/    ADA BROWN
        JUSTICE